# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W. STEWART,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. MACOMBER, Warden, and BRIAN G. SMILEY,<br><br>　　　　　Respondents. | Case No. 1:15-cv-01592-SMS<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY<br><br><br>(Doc.11) |

  Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On March 2, 2016, the Court issued an order dismissing the petition as successive. Doc. 6. On March 17, 2016, a notice of appeal was filed with the Ninth Circuit Court of Appeals. Doc. 9. In an order dated June 20, 2016, the Ninth Circuit remanded the case to the Court for the limited purpose of granting or denying a certificate of appealability under 28 U.S.C. § 2253(c).

> A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). That standard is met when "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner." *Slack v. McDaniel,* 529 U.S. 473, 484, (2000).

*Welch v. United States*, 136 S. Ct. 1257, 1263–64 (2016). Here, the petition was dismissed for lack of subject-matter jurisdiction. As stated in the March 2, 2016 order, Petitioner made "no showing

that he has obtained prior leave from the Ninth Circuit to file his successive petition attacking the conviction" under 28 U.S.C. § 2244 (b)(3).

Accordingly, because Petitioner has not made a substantial showing of the denial of a constitutional right in that reasonable jurists could not debate about the Court's dismissal of the petition for lack of subject-matter jurisdiction, the Court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated: __**July 27, 2016**__   _____**/s/ Sandra M. Snyder**_____
                              UNITED STATES MAGISTRATE JUDGE